AARON D. FORD
  Attorney General
Adam D. Honey (Bar No. 9588)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV  89119
(702) 486-3573 (phone)
(702) 486-3773 (fax)
ahoney@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY DEAN DILLMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA on relation of the NEVADA HIGHWAY PATROL; AARON CRISP, in his individual capacity; DOES I-V, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00443-GMN-DJA<br><br>~~STIPULATION AND~~ ORDER TO EXTEND DISCOVERY DEADLINES<br><br>**(SECOND REQUEST)** |

Defendants, State of Nevada Department of Public Safety, Nevada Highway Patrol and Aaron Crisp (Defendants), by and through counsel of record, AARON D. FORD, Attorney General, and ADAM D. HONEY, Deputy Attorney General, and Plaintiff counsel Adam J. Breedan, Esq. for Plaintiff, Gary Dean Dillman hereby stipulate to extend current discovery deadlines and request the current deadlines be extended for sixty (60) days from the deadlines established in the Order to Extend Discovery Deadlines (First Request) granted on July 17, 2025 (ECF No. 14). The extension is sought due to Defendants' need for additional time due to the State's cyberattack resulting among other delays, the ability to retain an expert to review the case file materials and complete a report.

## I. DISCOVERY COMPLETED TO DATE

1. Plaintiff has served initial disclosures and 1 supplement, which included nearly 300 pages of documents and 11 witnesses.

2. Defendants State of Nevada on relation of the Nevada Highway Patrol and Aaron Crisp have served their initial disclosure; that includes 65 pages of documents, 17 videos and 4 witnesses.

3. Plaintiff propounded interrogatories and requests for documents on Defendant Aaron Crisp and interrogatories, requests for documents, and requests for admission on State of Nevada on relation of the Nevada Highway Patrol on April 18, 2025, to which Defendant responded to the requests for admission on May 5, 2025, and the remaining responses were provided on May 21, 2025.

4. Plaintiff completed depositions of the FRCP 30(b)(6) designee of Nevada Highway Patrol for July 16, 2025, and July 18, 2025. Plaintiff completed deposition

5. The deposition of Defendant Aaron Crisp was conducted on October 10, 2025.

6. Written discovery was propounded upon Plaintiff on October 13, 2025.

## II. DISCOVERY YET TO BE COMPLETED

1. Depositions of all parties and witnesses, including experts.

2. Expert practice.

3. Completion of any written discovery.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The extension is sought due to Defendants' need for additional time due to the State's cyberattack, the ability to retain an expert to review and complete a report has been delayed.

///
///
///
///
///

## IV. PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter an order as follows:

1. <u>Discovery Cut-Off Date</u>: The new discovery cut-off date is <u>March 16, 2026.</u>[i]

2. <u>Amended the Pleadings and Adding Parties</u>. The current deadline is June 17, 2025, has surpassed. No new date provided.

3. <u>Expert and Rebuttal Expert Disclosures</u>. The new deadline to disclose experts is <u>January 13, 2026</u>. The deadline to disclose rebuttal experts is <u>February 14, 2026.</u>[ii]

4. <u>Dispositive Motions</u>. The new deadline to file dispositive motions is <u>April 13, 2026.</u>

5. <u>Pretrial Order</u>. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the decision on the dispositive motions or further court order.

6. <u>Extensions or Modifications of the Discovery Plan and Scheduling Order</u>. In accordance with LR 26-3 applications to extend any date set by the discovery plan, scheduling order or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

    a. A statement specifying the discovery completed;

    b. A specific description of the discovery that remains to be completed;

    c. The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

    d. A proposed schedule for completing all discovery.

The parties submit that good cause exists for an extension of the current deadlines.

Additional time is needed so that the parties will have sufficient time to conduct depositions including experts and complete any necessary additional discovery prior to expert disclosures. This request is timely. This brief delay will not substantially impede this matter. This is the second discovery extension request.

No trial date has been set and dispositive motions have not yet been filed.

**IT IS SO STIPULATED AND AGREED.**

DATED this 23rd day of October, 2025.        DATED this 23rd day of October, 2025.

BREEDEN & ASSOCIATES, PLLC                    AARON D. FORD
                                              Attorney General

By: /s/ Adam J.. Breenden                     By: /s/ Adam D. Honey
    Adam J. Breenden, Esq. (No. 008768)           Adam D. Honey, (Bar No. 9588)
    *Attorney for Plaintiff*                      Deputy Attorney General
                                                  *Attorneys for Defendants Nevada Highway Patrol and Aaron Crisp*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2025

---

[i] The Discovery Cut Off date deadline is March 16, 2026, which is a Saturday, therefore is due the next judicial day.

[ii] The Rebuttal Expert Disclosures deadline is February 14, 2026, which is a Saturday, therefore is due the next judicial day.