AARON D. FORD
  Attorney General
Adam D. Honey (Bar No. 9588)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV  89119
(702) 486-3573 (phone)
(702) 486-3773 (fax)
ahoney@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY DEAN DILLMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA on relation of the NEVADA HIGHWAY PATROL; AARON CRISP, in his individual capacity; DOES I-V, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00443-GMN-DJA<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Defendants, State of Nevada Department of Public Safety, Nevada Highway Patrol and Aaron Crisp (Defendants), by and through counsel of record, AARON D. FORD, Attorney General, and ADAM D. HONEY, Deputy Attorney General, hereby stipulate and agree to dismiss this lawsuit with prejudice. Each party will bear their own attorney fees and costs.

/ / /

/ / /

/ / /

This stipulation is made and based on a settlement agreement signed by the parties. The parties further inform the Court that they have resolved this matter in its entirety, and the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED this 16th day of March, 2026.

BREEDEN & ASSOCIATES, PLLC

By: /s/ Adam J. Breenden
Adam J. Breenden, Esq., SBN 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117-2769

*Attorneys for Plaintiff*

DATED this 16th day of March, 2026.

AARON D. FORD
Nevada Attorney General

By: /s/ Adam D. Honey
Adam D. Honey, SBN 9588
Deputy Attorney General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119

*Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice.** The Clerk of Court is kindly directed to close the case.

**DATED** this __19__ day of March, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT